CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 0 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

CLAUDE V. BROOME,                               )
                                                )
    Plaintiff,                  )
                                                )       Civil Action No. 7:17-cv-444
v.                                              )
                                                )
IRON TIGER LOGISTICS, INC.,                     )       By: Michael F. Urbanski
                                                )       Chief United States District Judge
    Defendant.                  )
                                                )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this day, the court hereby **DENIES** Iron Tiger's Motion to Dismiss and Motion to Quash Service of Process. The court will use its discretion to extend the time for Broome to serve Iron Tiger until May 9, 2018 so that Broome's service on May 9 is effective.

It is **SO ORDERED**.

Entered: 08-19-2018

Michael F. Urbanski
Chief United States District Judge